IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL M. BARLEY, #260262,            )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )    CIVIL ACTION NO. 2:10-CV-989-MEF
                                       )               [WO]
RICHARD ALLEN, et al.,                 )
                                       )
        Defendants.                    )

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #48) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is ORDERED that

1. The Recommendation (Doc. #48) of the Magistrate Judge is ADOPTED;

2. Plaintiff's motion to dismiss (Doc. #47) is GRANTED;

3. Plaintiff's claims against Nurse Parker and Nurse Austin are dismissed without prejudice;

4. Nurse Parker and Nurse Austin are dismissed as defendants in this cause of action;

    and

5. This case shall henceforth proceed on Plaintiff's claims against the remaining defendants.

2

6. This case is referred back to the Magistrate Judge for further proceedings.

Done this the 14th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE