IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL M. BARLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-CV-989-WKW |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

On October 4, 2013 the Magistrate Judge filed a Recommendation in this case. (Doc. # 90.) On November 22, 2013, Plaintiff Daniel M. Barley filed objections. (Doc. # 94.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit, and the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Mr. Barley's objections (Doc. # 94) are OVERRULED;

2. The Recommendation (Doc. # 90) is ADOPTED;

3. Defendants' motions for summary judgment (*see* Docs. # 28, 29, 36, 37, and 56) are GRANTED;

4. This is case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 16th day of January, 2014.

                                                 /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE